**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-1649**

─────────────

EARL BROWN,

Plaintiff - Appellant,

versus

CAROLINA TIRE COMPANY,

Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  William L. Osteen, District Judge.  (CA-97-1359-1)

─────────────

Submitted:  July 8, 1999          Decided:  July 14, 1999

─────────────

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Earl Brown, Appellant Pro Se. Sarah Wesley Fox, Carrie Dove Storer, KILPATRICK STOCKTON, L.L.P., Raleigh, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Earl Brown appeals the district court's order dismissing his discrimination action without prejudice for failure to state a claim. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Brown v. Carolina Tire Co., No. CA-97-1359-1 (M.D.N.C. Apr. 9, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED